UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN G. GROOVER,<br><br>  Plaintiff,<br><br>  v.<br><br>ALFREDO CHEN, et al.,<br><br>  Defendants. | Case No. EDCV 12-01360 VAP (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: March 4, 2013

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
United States District Judge