**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **STEVEN G. GROOVER,** | )<br>) |
| Plaintiff, | ) Case No. EDCV 12-01360 VAP (AJW)<br>) |
| v. | )<br>) |
| **ALFREDO CHEN, et al.,** | ) J U D G M E N T<br>) |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: March 4, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge